Filed 8/24/21  P. v. Crouch CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Butte)

----

| | |
|---|---|
| THE PEOPLE, | C091876 |
| Plaintiff and Respondent, | (Super. Ct. Nos. CM043152, CM044101) |
| v. | |
| STEPHAN JOHN CROUCH, | |
| Defendant and Appellant. | |

This appeal comes to us pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).

On June 16, 2016, defendant Stephan John Crouch pleaded no contest to: possession of a controlled substance for sale under Health and Safety Code section 11378, subdivision (a) (case No. CM043152); two counts of residential burglary under Penal Code, section 459 (case No. CM044101) (statutory section citations that follow are to the Penal Code); and one count of misdemeanor driving under the influence of a drug

1

under Vehicle Code section 23152 (case No. SCR103998). He also admitted to suffering two prior prison terms (§ 667.5, subd. (b)). In exchange, the remaining counts and special allegations in these cases, as well as another case, were dismissed. The parties stipulated the factual basis for the plea would be taken from the probation report.

On March 23, 2017, the court suspended imposition of sentence and placed defendant on five-years felony probation, including participation in drug court under various terms and conditions. In exchange, defendant waived his time credits up until sentencing. The misdemeanor matter was given a separate, three-year term of probation. The court imposed various fines, fees, and assessments. Thereafter, the People filed numerous petitions for violations of probation starting June 28, 2017, and continuing through January 27, 2020, for which probation was reinstated multiple times while he participated in drug court.

Defendant admitted his final probation violation on March 4, 2020, for failing to comply with various conditions of probation in February 2020. On April 8, 2020, the court struck defendant's two prison priors in light of the passage of Senate Bill No. 36 (2019-2020 Reg. Sess.), refused defendant's application to continue probation, which was revoked, and sentenced him to an aggregate prison term of eight years, comprised of: the upper term of six years for one burglary count, plus 16 months consecutive for the other burglary, 8 months consecutive for the drug possession count, and 180 days concurrent for the violation of Vehicle Code section 23152, subdivision (f). The court awarded 89 days custody credit. The court also ordered defendant to pay the fines, fees, and restitution previously imposed in case Nos. CM043152 and CM044101, lifted the suspensions on the previously imposed probation revocation restitution fines, and imposed two $300 suspended parole revocation restitution fines (§ 1202.45).

Defendant's pro.per. postjudgment motions for resentencing and other relief were denied. Defendant filed several notices of appeal and all his requests for a certificate of probable cause were denied.

We appointed counsel to represent defendant on appeal. Counsel filed an opening brief that sets forth the facts and procedural history of the case and requests this court to review the record and determine whether there are any arguable issues on appeal. (*Wende, supra*, 25 Cal.3d 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days from the date the opening brief was filed. More than 30 days have elapsed, and defendant has not filed a supplemental brief.

Having undertaken an examination of the entire record pursuant to *Wende*, we find no arguable errors favorable to defendant, and accordingly, we will affirm the judgment.

DISPOSITION

The judgment is affirmed.

_____
HULL, Acting P. J.

We concur:

_____
MAURO, J.

_____
DUARTE, J.

3